UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW MULDOON | |
| Plaintiff | Case No. 07 CV 3535 |
| -v- | |
| VALERIE RED-HORSE | Rule 7.1 Statement |
| Defendant | |

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

- NONE -

Date: May 3, 2007

_____
William B. Flynn, Esq.

Attorney Bar Code: WBF 4825