88573 N
MCCABE + FLYNN

U S District Court of The State of New York                Index #: 07CV3535
County of Southern

Plaintiff      Andrew Muldoon
                    vs
Defendant   Valerie Red-Horse

State of CALIFORNIA : County of ORANGE :ss:

J. FIGUEROA, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of CALIFORNIA

That on MAY 9, 2007 at 21:44 at 6028 CALVIN AVENUE, TARZANA, CA 91356 deponent served the within Summons & Complaint With Exhibits on Valerie Red-Horse defendant therein named.

INDIVIDUAL A ☐   By Personally delivering to and leaving with said _____ and that he knew the person to be the person mentioned and described in said _____

CORPORATION B ☐   By delivering to and leaving with _____ at _____ and that he knew the person served to be the _____ of the corporation.

Suitable age Person C ☒   Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with KURT MOHL a person of suitable age and discretion at 6028 CALVIN AVE., TARZANA, CA the said premises being the defendants - respondents (dwelling place)(usual place of abode) (~~place of business~~) within the State of CALIFORNIA

Affixing to Door, etc. D ☐   By affixing a true copy thereof to the door of said premises. The same being the defendant's (dwelling place)(usual place of abode)(place of business) within the State of _____

Mailing use with C or D E ☒   Deponent completed service under the last two sections by depositing a copy of the SUMMONS & COMPLAINT in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of CALIFORNIA on MAY 10, 2007 in an envelope bearing the legend personal and confidential.

Use with D F ☐   Previous Attempts
Deponent had previously attempted to serve the above named defendant/respondent.

VOID w/o Description Use with A,B & C   A Description of the defendant or other person served on behalf of the defendant is as follows:
Approx Age 45   Approx Weight 235   Approx Height 5'11"   Sex M
Color of Skin WHITE   Color of Hair BROWN/GREY   Other _____

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that he/she knew the person so served to be the person mentioned and described in said papers defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Notary -->   Sworn to before me this 5/11/07

Process Server
J. FIGUEROA, #LA3204

SUPREME JUDICIAL SERVICES, INC.
371 Merrick Road #202 - Rockville Centre, N.Y. 11570 - (516) 825-7600
225 Broadway - New York, N.Y. 10007 - (212) 319-7171
FAX (516) 568-0812


COLLEEN KAROTKIN
COMM. #1567792
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Comm. Exp. APRIL 9, 2009

VALERIE RED-HORSE

88573 N
MCCABE + FL

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | MAY 9, 2007 at 9:44 PM |
| NAME OF SERVER (PRINT)<br>J. FIGUEROA | TITLE<br>REGISTERED PROCESS SERVER LA 3204 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: KURT MOHL, 6028 CALVIN AVENUE, TARZANA, CA 91356

☐ Returned unexecuted: _____

☒ Other (specify): KURT MOHL: MALE, CAUCASIAN, 45 Y, BROWN & GRAY HAIR, 5'11", 235 lbs

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAY 11, 2007
         Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Telephone No: | | |
| Attorney for: Plaintiff | Ref. No. or File No.: 88573 | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Southern District Of New York | | |
| Plaintiff: ANDREW MULDOON | | |
| Defendant: VALERIE RED-HORSE | | |
| **AFFIDAVIT OF SERVICE SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number: 07CV3535 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint With Exhibits; Rule 7.1

3. a. Party served:      VALERIE RED-HORSE
   b. Person served:   KURT MOHL, CO-OCCUPANT AND COMPETENT MEMBER OF THE HOUSEHOLD, White, Male, 45 Years Old, Brown Hair, 5 Feet 11 Inches, 235 Pounds

4. Address where the party was served:   6028 CALVIN AVENUE
                                                                    Tarzana, CA  91356

5. I served the party:
   b. **by substituted service.** On: Wed., May. 09, 2007 at: 9:44PM by leaving the copies with or in the presence of:
   KURT MOHL, CO-OCCUPANT AND COMPETENT MEMBER OF THE HOUSEHOLD
   (2) **(Home)** Member Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Thu., May. 10, 2007 from: Santa Ana, CA

7. Person Who Served Papers:
   a. J FIGUEROA
   b. SUPREME JUDICIAL SERVICES, INC.
      371 MERRICK ROAD, #202
      ROCKVILLE CENTRE, NY 11570
   c. 516.825.7600

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   5/11/07
   (Date)               (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires April 9, 2009
   (Date)

   COLLEEN KAROTKIN
   COMM. #1567792
   NOTARY PUBLIC • CALIFORNIA
   ORANGE COUNTY
   Comm. Exp. APRIL 9, 2009

   (Notary Public)

   AFFIDAVIT OF SERVICE
   SUMMONS IN A CIVIL CASE

   8257600.6822

| Attorney or Party without Attorney: <br> : <br> : <br> : <br> : <br> : <br> Telephone No: | | Ref. No or File No.: <br> 88573 | For Court Use Only |
|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Southern District Of New York | | | |
| Plaintiff: ANDREW MULDOON <br> Defendant: VALERIE RED-HORSE | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 07CV3535 |

1. I, J FIGUEROA, and any employee or independent contractors retained by SUPREME JUDICIAL SERVICES, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant VALERIE RED-HORSE as follows:

2. Documents:   SUMMONS IN A CIVIL CASE; COMPLAINT WITH EXHIBITS; RULE 7.1.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 05/07/07 | 6:33pm | Home | TRIED GIVEN RESIDENCE ADDRESS, LOCATION IS A MULTI-MILLION DOLLAR ESTATE PROPERTY. GATED MANSION. NO ANSWER AT CALL BOX. NEAREST NEIGHBORS REFUSED TO VERIFY ADDRESS. NO INFORMATION AVAILABLE Attempt made by: J FIGUEROA. Attempt at: 6028 CALVIN AVENUE  Tarzana CA 91356. |
| Tue | 05/08/07 | 7:00pm | Home | TRIED GIVEN RESIDENCE ADDRESS, NO ANSWER AT CALL BOX. NO VISIBLE CHANGES AT PROPERTY Attempt made by: J FIGUEROA. Attempt at: 6025 CALVIN AVENUE  Tarzana CA 91356. |
| Wed | 05/09/07 | 6:50am | Home | TRIED GIVEN RESIDENCE ADDRESS, NO ANSWER ON CALL BOX. NO CHANGES OBSERVED Attempt made by: J FIGUEROA. Attempt at: 6025 CALVIN AVENUE  Tarzana CA 91356. |
| Wed | 05/09/07 | 9:35pm | Home | TRIED GIVEN RESIDENCE ADDRESS, SPOKE WITH MALE OVER THE CALL BOX WHO IDENTIFIED HIMSELF AS "STEVE", HE SAID WE HAVE THE WRONG ADDRESS, THERE IS NO VALERIE LIVING HERE AND HE HAS LIVED HERE FOR SEVEN YEARS. STEVE SAID HE THINKS THERE IS A VALERIE THAT LIVES ACROSS THE STREET, WILL TRY AT 6028 CALVIN. Attempt made by: J FIGUEROA. Attempt at: 6025 CALVIN AVENUE  Tarzana CA 91356. |
| Wed | 05/09/07 | 9:43pm | Home | TRIED SECOND ADDRESS, PER MALE THAT ANSWERED THE DOOR, THIS IS VALERIE RED-HORSE'S RESIDENCE. SHE WAS AT HOME, BUT WAS ASLEEP. Attempt made by: J FIGUEROA. Attempt at: 6028 CALVIN AVENUE  Tarzana CA 91356. |

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| : : : : : : Telephone No: | Ref. No or File No.: 88573 | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Southern District Of New York | | |
| Plaintiff: ANDREW MULDOON Defendant: VALERIE RED-HORSE | | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 07CV3535 |
|---|---|---|---|---|

SUMMONS IN A CIVIL CASE

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 05/09/07 | 9:44pm | Home | Substituted Service on: VALERIE RED-HORSE Home - 6028 CALVIN AVENUE Tarzana, CA. 91356 by Serving: KURT MOHL, CO-OCCUPANT AND COMPETENT MEMBER OF THE HOUSEHOLD, White, Male, 45 Years Old, Brown Hair, 5 Feet 11 Inches, 235 Pounds Member Household over 18 by leaving a copy of the document(s) with: KURT MOHL, CO-OCCUPANT AND COMPETENT MEMBER OF THE HOUSEHOLD. Served by: J FIGUEROA |
| Thu | 05/10/07 | | | Mailed copy of Documents to: VALERIE RED-HORSE |

3. Person Executing
   a. J FIGUEROA
   b. **SUPREME JUDICIAL SERVICES, INC.**
      371 MERRICK ROAD, #202
      ROCKVILLE CENTRE, NY 11570
   c. 516.825.7600

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. *The Fee for service was:*

I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

5/11/07
(Date)                    (Signature)

4. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires April 9, 2009
Date: Thu, May. 11, 2007           AFFIDAVIT OF REASONABLE DILIGENCE        COLLEEN KAROTKIN (Notary)
Page: 2

COLLEEN KAROTKIN
COMM. #1567792
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Comm. Exp. APRIL 9, 2009

8257600.6822