USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ANDREW MULDOON,

              Plaintiff,

-against-

VALERIE RED-HORSE,

              Defendant.

------------------------------------x

07 CIV. 03535
(AKH)
STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys on behalf of their respective clients, that the time for the defendant to answer the complaint or otherwise move for relief is extended until June 30, 2007.

IT IS FURTHER STIPULATED AND AGREED that this stipulation be signed in counterparts and such signatures be delivered via facsimile or email, and such signatures may be filed by facsimile or electronically with the Court.

Dated:   New York, New York
        May 30, 2007

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By: _____
Steven Kent (SK-7029)
Attorneys for Defendant
150 East 42nd Street
New York, New York 10017
(212) 490-3000

MCCABE & FLYNN, LLP

By: _____
William B. Flynn (WBF-4825)
Attorneys for Plaintiff
One Whitehall Street, Suite 1825
New York, New York 10004
(212) 248-7200

SO ORDERED:

_____
U.S.D.J.
6/4/07

2219368.1