JUL 1 0 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DATE FILED: 7/23/07

------------------------------------------------------------ x

ANDREW MULDOON,

                    Plaintiff,

-against-

VALERIE RED-HORSE,

                    Defendant.

------------------------------------------------------------ x

07 CIV. 03535 (AKH)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff ANDREW MULDOON and Defendant VALERIE REDHORSE, by their respective attorneys and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action, including all claims and defenses therein, be and the same hereby is, dismissed with prejudice, with each party to bear its own costs and attorney's fees.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be signed in counterparts and such signatures be delivered via hand, facsimile or email, and such signatures may be filed with the Court by hand, facsimile and/or electronically.

Dated:    New York, New York
          July 5, 2007

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By: _____
Steven Kent (SK-7029)
Attorneys for Defendant
150 East 42nd Street
New York, New York 10017
(212) 490-3000
File No. 08407.00004

MCCABE & FLYNN, LLP

By: _____
William B. Flynn (WBF-4825)
Attorneys for Plaintiff
One Whitehall Street
Suite 1825
New York, New York 10004
(212) 248-7200

SO ORDERED: 7-20-07

_____
HON. ALVIN K. HELLERSTEIN, U.S.D.J.

2874256.1